B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ponder, James Kenyon** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Ponder, Anne Marie** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Amy Ponder** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5623** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1251** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1335 Crooked Willow Lane**<br>**Palatine, IL**                    ZIP Code **60067** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1335 Crooked Willow Lane**<br>**Palatine, IL**                    ZIP Code **60067** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13          ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."          ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ponder, James Kenyon**<br>**Ponder, Anne Marie** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____<br>
(Name of landlord that obtained judgment)

_____<br>
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ponder, James Kenyon**<br>**Ponder, Anne Marie** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James Kenyon Ponder**
_____
Signature of Debtor   **James Kenyon Ponder**

X **/s/ Anne Marie Ponder**
_____
Signature of Joint Debtor **Anne Marie Ponder**

_____
Telephone Number (If not represented by attorney)

**January 25, 2010**
_____
Date

### Signature of Attorney*

X **/s/ Bruce Dopke**
_____
Signature of Attorney for Debtor(s)

**Bruce Dopke 3127052**
_____
Printed Name of Attorney for Debtor(s)

**Bruce Dopke, Attorney at Law**
_____
Firm Name
**P.O. Box 681246**
**Schaumburg, IL 60168-1246**

_____
Address

             **Email: bruce@dopkelaw.com**
**847-524-4811  Fax: 847-524-4131**
_____
Telephone Number

**January 25, 2010**
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **James Kenyon Ponder**                Case No. _____
         **Anne Marie Ponder** _____
                                    Debtor(s)        Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ James Kenyon Ponder**

                             **James Kenyon Ponder**

Date:   **January 25, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **James Kenyon Ponder**
**Anne Marie Ponder** _____    Case No. _____

Debtor(s)    Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

　□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

　□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

　□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:　**/s/ Anne Marie Ponder**
　　　　　　　　　　　　**Anne Marie Ponder**
Date:　**January 25, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **James Kenyon Ponder,**
**Anne Marie Ponder**

Case No. _____

_____,    Chapter _____ **7** _____

Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 466,500.00 | | |
| B - Personal Property | Yes | 5 | 99,010.44 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 539,961.43 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 1,649,302.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 8,431.84 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,867.65 |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 565,510.44 | | |
| Total Liabilities | | | | 2,189,263.57 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **James Kenyon Ponder,**
     **Anne Marie Ponder**
                                     Debtors

Case No. _____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re    **James Kenyon Ponder,**                         Case No. _____
               **Anne Marie Ponder**

_____,
Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1335 Crooked Willow Lane Palatine, IL 60067**<br><br>**Home purchased in July 2000 for $367,000; Appraisal available from Baird & Warner indicting a mid-point value of $466,500, with $409,500 min and 4494,623 max.** | **Fee Simple** | **J** | **466,500.00** | **493,927.18** |

|  |  |  |
|---|---|---|
| Sub-Total > | **466,500.00** | (Total of this page) |
| Total > | **466,500.00** |  |

   **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

| In re | **James Kenyon Ponder,** | Case No. _____ |
|---|---|---|
| | **Anne Marie Ponder** | |

Debtors                              ,

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Location: 1335 Crooked Willow Lane, Palatine IL | J | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Consolidated deposit and e-checking accounts with Citibank Client Services** **P.O. Box 769013, San Antonio, TX 78245-9013** | J | 328.78 |
| | | **Charles Schwab, account xxxx-x276.** **This account was set up to hold stock and options distributed to Ms. Ponder from her employer. Currently, there is nothing in the account. We separately scheduled lists of the restricted stock and stock options held by Ms. Ponder, according to her employer's records, in response to question 13 of this schedule.** | W | 0.00 |
| | | **JP Morgan Chase** **PO Box 260180** **Baton Rouge, LA 70826** **Savings Account ending in -0027** | J | 300.00 |
| | | **JP Morgan Chase** **PO Box 260180** **Baton Rouge, LA 70826** **checking account** | J | 544.63 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **See attached list. Estimated value noted.** **Location: 1335 Crooked Willow Lane, Palatine IL** | J | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |

|  | Sub-Total > | 3,273.41 |
|---|---|---|
| | (Total of this page) | |

__4__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **James Kenyon Ponder,**                                                    Case No. _____
   **Anne Marie Ponder,**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 7.   Furs and jewelry. | | **See itemization attached as Exhibit B - Question 7. Value based on recent appraisal. Location: 1335 Crooked Willow Lane, Palatine IL** | J | 3,099.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **New York Life, term policy, owned by Debtor; co-debtor is beneficiary** | J | 0.00 |
| | | **New York Life, term policy, Co-debtor is owner; Debtor is beneficiary.** | J | 0.00 |
| | | **Protective Life Insurance; Co-Debtor is owner; Debtor is beneficiary.  Term policy** | J | 0.00 |
| | | **Reliastar Life Insurance Policy; Debtor is owner, Co-Debtor is beneficiary; term policy.** | J | 0.00 |
| 10.   Annuities. Itemize and name each issuer. | X | | | |
| 11.   Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.   Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Cisco Systems Inc. 401(k) Location: 777 Edgewood Avenue, Wood Dale IL** | W | 73,958.09 |
| 13.   Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Kaban LLC, an Illinois limited liability company, and owner of a commercial building at 638 Lunt Ave., Schaumburg, IL  60193 which will likely be in foreclosure.** | J | 0.00 |
| | | **Debtor and Co-Debtors each own a 50% membership interest in Kaban LLC.** | | |
| | | **Stock of Nabak, Inc., an Illinois subchapter "S" corporation, which formerly operated a Maaco franchise, which is now defunct.** | J | 0.00 |
| | | **Debtor and Co-Debtor each owned 50% of the equity in Nabak, Inc.** | | |

Sub-Total >    77,057.09
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **James Kenyon Ponder,**
      **Anne Marie Ponder**

Case No. _____

,

Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Restricted Stock issued to Anne Marie Ponder in conncetion with her employment with Cisco Systems, Inc.  Stock cannot be transferred or sold. It is unvested.**<br><br>**A spreadsheet indicating the shares of restricted stock owned by Ms. Ponder is attached hereto as Schedule B - Exhibit 13 (a).** | J | 1.00 |
| | | **Stock options in Cicso Systems, Inc., issued in connection with Anne Marie Ponder's employment. The value of the options, per Cicso's caluclation (which is generated as of Jan. 24, 2010 and is attached hereto as Schedule B - Question 13 b) is shown below.** | J | 678.94 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Shareholder Loans made to Nabak, Inc., d/b/a Maaco Collision Repair and Auto Painting, 638 Lunt, Schaumburg, IL**<br><br>**$238,923.28 transferred from March 2007 through December 2009, including the entire $56,786 federal tax refund and $6,000 Illinois state tax refund for 2008.  Nabak is now insolvent and this debt is uncollectable.** | J | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **679.94**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **James Kenyon Ponder,**                   Case No. _____
          **Anne Marie Ponder,**

                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Jaguar X-Type 4D Sedan 3.0 CarMax appraisal attached as Schedule B - Exhibit 25 (a) Location: 1335 Crooked Willow Lane, Palatine IL** | **J** | **6,000.00** |
| | | **2004 Ford Explorer See Car Max appraisal attached as Schedule B - Exhibit 25 (b) Location: 1335 Crooked Willow Lane, Palatine IL** | **H** | **9,000.00** |
| | | **1976 Pontiac Trans Am. Location: 1335 Crooked Willow Lane, Palatine IL No known Blue Book value; Car Max will not offer a value.** | **J** | **1,000.00** |
| | | **1994 Chevy Camero, 92000 miles Location: 1335 Crooked Willow Lane, Palatine IL Car Max refuses to appraise.  Value estimated.** | **J** | **2,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

                                        Sub-Total >      **18,000.00**
                                       (Total of this page)

Sheet   __3__   of   __4__   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **James Kenyon Ponder,**              Case No. _____
       **Anne Marie Ponder**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **0.00**
(Total of this page)
Total >    **99,010.44**

Sheet  **4**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

**Exhibit B - Question 4**

**Ken and Anne Marie Ponder**
**Household Goods.**

| Item | # | Acquired | Approximate Cost | Comment |
|------|---|----------|------------------|---------|
| *Familyroom* | | | | |
| couch | 1 | 1998 | 800 | |
| chair | 1 | 1998 | 400 | |
| coffee table | 1 | 2000 | 200 | damaged |
| end tables | 2 | 2000 | 200 | 1 damaged |
| wood book case | 1 | 1989 | 100 | |
| 3-piece wood entertainment center | 1 | 1994 | 750 | |
| stainless lamps set of 3 | 1 | 2000 | 100 | 1 damaged shade |
| video/dvd rack | 1 | 2000 | 30 | |
| child's rocker | 1 | 1994 | 20 | used from family - 1960's |
| set of 4 oak tv trays | 1 | 1985 | 50 | wedding gift |
| ashtray stand | 1 | 2000 | 50 | art deco style |
| framed drawing | 1 | 1980 | 0 | artist = self |
| framed print | 1 | 1989 | 0 | artist = family |
| oil painting | 1 | 2000 | 75 | |
| wooden picture frames | 6 | 1999 | 50 | |
| clay vase, bowl, & plate | 3 | 1988 | 25 | from Africa - Peace Corps |
| mantel clock | 1 | 2003 | 150 | |
| radio/stereo/cd/cassette player | 1 | 1989 | 100 | |
| TV - 27" CRT | 1 | 2003 | 250 | |
| DVD player | 1 | 2006 | 90 | |
| VCR | 1 | 2005 | 75 | |
| surround sound add-on | 1 | 2007 | 250 | birthday gift |
| pewter candlesticks | 2 | 2004 | 50 | wedding gift |
| pewter steins, pitcher, plate | 8 | various | 50 | used from family - 1960's |
| hardcover books and dictionaries | 30 | various | 50 | 1980's and 1990s |
| young child's toys, puzzles | 20 | 1994 to present | 150 | |
| | | | | |
| | | | | |
| | | | | |

| Item | # | Acquired | Approximate Cost | Comment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
| *1/2 Bath* |  |  |  |  |
| Glass art objects | 6 | 2006 | 75 |  |
| crystal clock | 1 | 2004 | 50 | wedding gift |
| hair appliances | 2 | 2008 | 150 |  |
| nebulizer | 1 | 1996 | 100 | for child asthma |
|  |  |  |  |  |
| *Study* |  |  |  |  |
| computer desks | 2 | 1997 | 200 |  |
| office chairs | 2 | 2000 | 200 |  |
| round laminate table & 4-chair set | 1 | 1985 | 50 | used from family - 1960's |
| 2-drawer metal file cabinet | 1 | 1999 | 50 |  |
| 3-shelf bookcase | 1 | 2005 | 40 |  |
| toy shelf | 1 | 2000 | 100 | from ikea |
| children's toys, puzzles, board games | 50 | 1994 to present | 300 |  |
| brass lamp | 1 | 1996 | 25 |  |
| paper shredder | 1 | 1999 | 50 |  |
| HP printer/copier | 2 | 2006 | 65 |  |
| desktop PC w/flat screen monitor | 2 | 2006 | 1800 |  |
| digital camera | 1 | 2004 | 300 |  |
| area rug | 1 | 1995 | 400 |  |
| cordless telephone/answering machine |  | 2007 | 50 |  |
| wall clock | 1 | 1991 | 35 |  |
| crystal picture frame | 1 | 2004 | 50 | wedding gift |
|  |  |  |  |  |
| *Kitchen* |  |  |  |  |
| oak table w/four chairs | 1 | 1989 | 250 |  |
| framed poster | 1 | 1990 | 50 |  |
| wall clock | 1 | 2002 | 75 |  |
| wall phone | 1 | 2009 | 20 |  |
| revereware pots/pans set | 1 | 1988 | 50 | bridal gift |
| T-Fal pots/pans set | 1 | 1999 | 50 |  |
| non-stick pots/pans set | 1 | 2008 | 0 | free (store points) |
| microwave oven | 1 | 2009 | 125 |  |
| coffee maker | 1 | 2002 | 100 | birthday gift |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| toaster | 1 | 2005 | 40 | |
| waffle maker | 2 | 2007 | 70 | |
| sandwich maker | 1 | 1999 | 30 | |
| foreman grill | 1 | 2000 | 0 | free (points) |
| indoor grill | 1 | 2008 | 100 | Christmas gift |
| food processor | 1 | 2007 | 150 | |
| kitchenaid mixer | 1 | 1989 | 150 | wedding gift |
| icecream maker | 1 | 2006 | 100 | |
| juicer | 1 | 2005 | 0 | free (points) |
| slow cooker | 1 | 2008 | 25 | |
| double-oven | 1 | 2000 | 0 | original came w/house  from 1977 |
| refridgerator | 1 | 1994 | 600 | |
| dishwasher | 1 | 2009 | 450 | |
| sets of dishes (incomplete) | 2 | 1989 | 100 | |
| sets of dishes (incomplete) | 1 | 2005 | 50 | |
| sets of flatware (incomplete) | 3 | 1999 | 150 | |
| glass cakestand | 1 | 1999 | 50 | |
| glass champagne flute set of 4 | 1 | 1999 | 30 | |
| casual wine goblets 3 of 4 | 1 | 2006 | 50 | Christmas gift |
| barware set (glasses) | 2 | 1989, 2004 | 50 | wedding gift |
| casseroles/serving dishes | 6 | 1989 | 50 | wedding gift |
| bakeware | 10 | 1988 - 2008 | 50 | Christmas gift |
| platters: stainless, porcelain | 6 | 1989 - 2008 | 50 | Wedding & Christmas gifts |
| knives set | 1 | 1989 | 50 | wedding gift |
| | | | | |
| *Laundry Room* | | | | |
| washer | 1 | 2009 | 450 | |
| dryer | 1 | 2000 | 450 | |
| upright vaccuum | 1 | 2009 | 0 | free - points |
| barbeque tools | 1 | 2008 | 100 | Christmas gift |
| | | | | |
| *Front Hall* | | | | |
| Area rugs | 2 | 2006 | 75 | |
| danish buffet | 1 | 1985 | 200 | used from family - 1950's |

| Item | # | Acquired | Approximate Cost | Comment |
|------|---|----------|------------------|---------|
|  |  |  |  |  |
|  |  |  |  |  |
| card table w/2 chairs | 1 | 1998 | 50 |  |
| framed print | 1 | 1989 | 0 | artist = family |
| arctic fox coat, hat, muff | 1 | 2005 | 0 | gift from mother-in-law, who got it used free |
|  |  |  |  |  |
| *Livingroom* |  |  |  |  |
| couch | 1 | 2003 | 800 |  |
| olive chair | 1 | 2003 | 400 |  |
| tan wooden legged chair | 1 | 2003 | 300 |  |
| queen ann chair | 1 | 2001 | 150 |  |
| brown chair | 1 | 2001 | 250 |  |
| coffee table | 1 | 2003 | 250 |  |
| end tables | 2 | 2003 | 300 |  |
| brass lamps | 1 | 1996 | 100 |  |
| torchiere lamp | 1 | 2003 | 75 |  |
| area rug | 1 | 2001 | 1000 |  |
| curio cabinet | 1 | 1989 | 75 | used from family - 1930's |
| family portait - oil | 1 | 2005 | 200 |  |
| small watercolor painting | 1 | 1998 | 50 | gift from deceased father |
| oil painting - local new jersey artist | 1 | 1999 | 350 |  |
| oil painting - french scene | 1 | 2001 | 75 |  |
| framed family photos | 1 | 2004 | 50 |  |
| boxed wedding photos | 1 | 2004 | 100 |  |
| coffee table books | 3 | 2005 | 50 |  |
| painted porcelain plate | 1 | 2004 |  | heirloom - painted by great-grandmother 1920's |
| student flute | 1 | 2007 | 125 |  |
|  |  |  |  |  |
| *Dining Room* |  |  |  |  |
| Dining table & 6 chairs | 1 | 2003 | 3000 |  |
| China Hutch | 1 | 2003 | 1500 |  |
| tri-fold end table | 1 | 1989 | 30 |  |
| wooden globe | 1 | 1987 | 20 | gift from deceased father |
| set of 3 nesting tables | 1 | 2001 | 75 | Christmas gift |
| large fruit bowl oil painting | 1 | 2004 | 75 |  |
|  |  |  |  |  |

| Item | # | Acquired | Approximate Cost | Comment |
|------|---|----------|-----------------|---------|
|  |  |  |  |  |
| embroidered screen | 1 | 2004 | 50 | Wedding gift from aunt - from 1979 father's trip |
| framed embroidery | 1 | 1985 | 50 | deceased father gift - from 1979 father's trip |
| grandfather clock | 1 | 2004 | 1000 | Wedding gift |
| large crystal bowls | 3 | 1989, 2004 | 150 | Wedding gifts |
| tall crystal vases | 3 | 1989, 2004 | 150 | Wedding gifts |
| small crystal vases | 3 | 1989, 2004 | 100 | Wedding gifts |
| painted pocelain hot chocolate set | 1 | 1989 |  | heirloom - painted by great-grandmother 1920's |
| crystal candlesticks | 2 | 2000 | 30 | work gift |
| crystal service for 8 | 1 | 1989 | 300 | Wedding gifts |
| china service for 8 | 1 | 1989 | 400 | Wedding gifts |
| silver service for 8 | 1 | 2000 | 1000 | family heirloom passed down |
| silver candlesticks | 4 | 1989, 2004 | 200 | Wedding gifts |
| stainless platter | 1 | 2007 | 50 | Christmas gift |
| small porcelain objets d'art | 4 | 2004 | 150 | Wedding gifts |
| small crystal objets d'art | 2 | 2002 | 50 | work gift |
| crystal brandy snifter | 1 | 1989 | 30 | Wedding gift |
| glass vodka set | 2 | 2008 | 100 |  |
| set of 4 cranberry champagne flutes | 1 | 2003 | 50 |  |
| glass salad serving bowl and 6 bowls | 1 | 1989 | 50 | Wedding gift |
| glass candy dishes | 2 | 2007 | 30 |  |
|  |  |  |  |  |
| *Master Bedroom* |  |  |  |  |
| king-size bed | 1 | 1984 | 100 | used from family - 1950's |
| maple chest of drawers and mirror | 1 | 1989 | 250 |  |
| laminate night stands | 2 | 1999 | 60 |  |
| brass table lamps | 2 | 1998 | 1200 |  |
| laminate TV cabinet | 1 | 2002 | 150 |  |
| TV 31" flat screen | 1 | 2008 | 500 | Christmas gift |
| VCR | 1 | 2002 | 100 |  |
| DVD player | 1 | 2002 | 100 |  |
| stereo/cd player | 1 | 2002 | 150 |  |
| alarm clock | 1 | 2002 | 50 |  |
| cordless phone | 1 | 2009 | 20 |  |
| steamer trunk | 1 | 1975 | 50 | gift from grandfather - used |

| Item | # | Acquired | Approximate Cost | Comment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
| iron hamper | 1 | 2002 | 35 |  |
| framed prints - artwork | 2 | 2001 | 1940 |  |
|  |  |  |  |  |
| *Bedroom #1* |  |  |  |  |
| maple queen-size bed | 1 | 1999 | 800 |  |
| child's maple dresser | 1 | 1994 | 200 |  |
| maple nightstand | 1 | 1999 | 50 |  |
| TV - 20" CRT | 1 | 2006 | 200 |  |
| Xbox 360 & 8 games | 1 | 2007 | 200 | Christmas gift |
| Desktop PC, 19" flat monitor & printer | 1 | 2002 | 400 |  |
| student trumpet | 1 | 2003 | 125 |  |
|  |  |  |  |  |
| *Bedroom #2* |  |  |  |  |
| double bed mattress & frame only | 1 | 1989 | 200 |  |
| child's maple dresser | 1 | 1997 | 200 |  |
| maple nightstand | 1 | 1999 | 75 |  |
| 2-drawer chest | 1 | 1989 | 75 |  |
| 3-shelf bookcase | 1 | 2005 | 50 |  |
| TV - 20" CRT | 1 | 1999 | 200 |  |
| VCR | 1 | 1999 | 75 |  |
| Nintendo gamecube & 8 games | 1 | 2003 | 150 | Christmas gift |
| children's toys, puzzles, board games | 10 | 1997 to present | 100 |  |
|  |  |  |  |  |
| *Bedroom#3* |  |  |  |  |
| child's maple single bed | 1 | 1997 | 200 |  |
| maple nightstand | 1 | 1999 | 50 |  |
| chest of drawers | 1 | 1989 | 50 | used from family - 1960's |
| 2-shelf bookcase | 1 | 2005 | 50 |  |
| TV - 13" CRT w/dvd player | 1 | 2006 | 100 |  |
| brass table lamp | 1 | 1985 | 75 |  |
| small stainless lamp | 1 | 2000 | 30 |  |
| children's toys, puzzles, board games | 10 | 2005 to present | 100 |  |
| nintendo 64 + 3 games | 1 | 2003 | 150 |  |
|  |  |  |  |  |

| Item | # | Acquired | Approximate Cost | Comment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| *Basement* | | | | |
| extra set coffee table & 2 end tables | 1 | 1999 | 900 | |
| child's maple single bed | 1 | 2000 | 200 | |
| portable stereo/dvd player | 1 | 1996 | 50 | |
| sewing machine and sewing box | 1 | 1986 | 200 | college graduation gift |
| ping pong table | 1 | 1998 | 150 | |
| director's chairs | 2 | 1989 | 30 | gift - used from grandmother |
| | | | | |
| | | | | |
| | | | | |
| framed prints - artwork | 2 | 2001 | 3600 | |
| TV - 25" CRT | 1 | 1999 | 200 | |
| 19" CRT PC monitor only | 1 | 2002 | 150 | |
| small brass table lamps | 2 | 1999 | 75 | |
| child's rocker | 1 | 1994 | 30 | used from family - 1960's |
| child's car seat | 1 | 1997 | 75 | |
| gas dryer | 1 | 1994 | 350 | |
| wet tile cutter | 1 | 2006 | 100 | |
| carpet cleaner | 1 | 1992 | 100 | |
| mini shop vac | 1 | 2007 | 50 | |
| emergency power battery | 1 | 2008 | 65 | |
| | | | | |
| *Backyard & Garage* | | | | |
| gas grill | 1 | 2000 | 350 | |
| wooden swing set/jungle gym | 1 | 2001 | 2000 | |
| patio table 4 chairs and umbrella | 1 | 2002 | 1200 | |
| patio lounge chairs | 2 | 2002 | 150 | |
| trampoline | 1 | 2004 | 175 | |
| plastic shed | 1 | 1998 | 100 | |
| snow blower | 1 | 2007 | 400 | |
| motorcycle helmets | 3 | 2000 | 500 | |
| | | | | |

**Exhibit B - Question 7**

**Ken and Anne Marie Ponder**
**Jewelry**

| *Jewelry* | | | *per Wyatt Austin 12/16/09* |
|---|---|---|---|
| Man's wedding band | 1 | | $448.00 |
| Woman's engagement ring | 1 | | $1,175.00 |
| Woman's wedding ring | 1 | | $182.00 |
| Womans anniversary ring | 1 | | $230.00 |
| Man's solitaire ring | 1 | | $390.00 |
| gold chains | 5 | | $244.00 |
| gold bracelets | 2 | | $149.00 |
| pairs of pierced earrings | 5 | | $235.00 |
| gold rings | 2 | | $46.00 |
| | | | |
| Total: | | | $3,099.00 |

All values are per a recent appraisal from Wyatt Austin Jewelers, Schaumburg, IL
Debtors have no contacts or affiliations with Wyatt Austin Jewelers.

My Restricted Stock

*ID:* 148051  *Name:* Anne Marie Ponder  *Payroll Country:* USA

**My Restricted Stock**

| Status | Award Number | Award Date | Plan | Type | Class | Price | Shares Awarded | Vested Shares | Vested Shares Value | Released Shares | Unvested Shares | Unvested Shares Value | FMV/Model Price | Shares Retired to Pay for Taxes | Next Vest Date | Next Vest Date Shares | Selected Broker |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accepted | 1058127 | 2009-Nov-12 | 05 | | RSU | ONGO | $0.0000 | 3,600 | 0 | $0.00 | 0 | 3,600 | $85,896.00 | $23.8600 | 0 | 2010-Sep-11 | 900 | Charles Schwab |
| Accepted | 1034424 | 2009-Jun-11 | 05 | | RSU | DSAP | $0.0000 | 1,000 | 0 | $0.00 | 0 | 1,000 | $23,860.00 | $23.8600 | 0 | 2010-Jun-11 | 250 | Charles Schwab |
| Accepted | 1010015 | 2008-Sep-11 | 05 | | RSU | ONGO | $0.0000 | 600 | 150 | $3,579.00 | 150 | 450 | $10,737.00 | $23.8600 | 54 | 2010-Sep-11 | 150 | Charles Schwab |
| **Total** | | | | | | | **5,200** | **150** | **$3,579.00** | **150** | **5,050** | **$120,493.00** | | **54** | | | |

Data as of: 2009-Dec-09

Please Note:

- All amount fields are in US Dollars.
- There may be tax consequences when you exercise your options.  We encourage you to consult a professional tax advisor before proceeding to exercise your shares.
- Cisco provides the information contained on this page for your convenience only. If, for any reason, the information on this page does not match the information contained in the applicable grant agreements and stock plan or is otherwise incorrect, the information contained in the applicable grant agreements and stock plan will control (or, if not contained within such documents, the correct information will control).
  In addition, the information contained on this page should **not** be used as the source document to prepare your personal tax returns - please refer to the annual income and/or wage statement issued to you by your local payroll.
  Please notify HR Connection if you have any questions and/or you discover any errors in the information contained on this page.

Schedule B - Question 13 a

CSCO

# My Equity Award Account

**Options** | **Restricted Stock Units (RSUs)**

## Options

| Award ID | Award Date | Type | Award Price | Granted | Exercisable | Final Exercise Date | Market Value | Status | Messages |
|----------|-----------|------|-------------|---------|-------------|--------------------|--------------| -------|----------|
| 951516 | 09/20/2007 | NQ | $32.21 | | 1167 | 09/20/2016 | $0.00 | | N/A |
| ▶ More details - Award 951516 | | | | | | | | | |
| 918551 | 09/21/2006 | NQ | $23.01 | | 867 | 09/21/2015 | $0.00 | | N/A |
| ▶ More details - Award 918551 | | | | | | | | | |
| 848410 | 09/29/2005 | NQ | $17.86 | | 0 | 09/29/2014 | $0.00 | | N/A |
| ▶ More details - Award 848410 | | | | | | | | | |
| 826750 | 01/14/2005 | NQ | $18.88 | | 166 | 01/14/2014 | $678.94 | | N/A |
| ▶ More details - Award 826750 | | | | | | | | | |
| **Total market value for Options:** | | | | | | | **$678.94** | Exercise Options | |

N/A = Information not available.

## Restricted Stock Units (RSUs)

| Award ID | Award Date | Type | Award Price | Units | Status | Messages |
|----------|-----------|------|-------------|-------|--------|----------|
| 1058127 | 11/12/2009 | RSU | $0.00 | | | N/A |
| ▶ More details - Award 1058127 | | | | | | |
| 1034424 | 06/11/2009 | RSU | $0.00 | | | N/A |
| ▶ More details - Award 1034424 | | | | | | |
| 1010015 | 09/11/2008 | RSU | $0.00 | | | N/A |
| ▶ More details - Award 1010015 | | | | | | |

SCHEDULE B - EXHIBIT 13 b

N/A = Information not available.

At a Glance | My Equity Award Account | My Trades | Knowledge Center | Customer Service          Return To Top
My Equity Award Account | Positions | Cash Balances | History

© 2008 Charles Schwab & Co., Inc. All rights reserved. Member SIPC (1108-8386)
Unauthorized access is prohibited. Usage will be monitored.

Viewed as of: January, 24, 2010

Agreements | Privacy & Security | Business Continuity | Financial Statement

# CARMAX

# APPRAISAL OFFER

**Name:** ANNE MARIE PONDER
**Address:** 1335 CROOKED WILLOW LN
PALATINE IL 60067
**Vehicle:** 2004 JAGUAR X-TYPE 4D SEDAN 3.0
**Mileage:** 51,539       **Engine:** 3.0L
**VIN:** SAJEA51C24WD80748
**Color:** BLUE

Sales Consultant

JIM SORCI

7128 - SCHAUMBURG, IL
Date
01/23/2010

## Features Considered

| | |
|---|---|
| POWER LOCKS | POWER WINDOWS |
| SUNROOF(S) | AM/FM STEREO |
| CD PLAYER | AIR CONDITIONING |
| REAR DEFROSTER | CRUISE CONTROL |
| ABS BRAKES | LEATHER SEATS |
| DUAL POWER SEATS | FRONT SEAT HEATERS |
| POWER MIRRORS | ALL WHEEL DRIVE |
| ALLOY WHEELS | SIDE AIRBAGS |
| OVERHEAD AIRBAGS | PARKING SENSORS |
| AUTOMATIC TRANSMISSION | |

## Conditions Assessed

369789

| | | | |
|---|---|---|---|
| **Right Rear Door:** | Prior Paintwork | **Right Quarter:** | Prior Paintwork |
| **Front Seats:** | Good Condition | **Rear Seats:** | Good Condition |
| **Carpet:** | Good Condition | **Transmission:** | Good Condition |
| **Engine:** | Good Condition | **AWD:** | Good Condition |
| **Front Tires:** | Good Condition | **Rear Tires:** | Good Condition |
| **Wheels:** | Good Condition | **Frame:** | No Damage |

Schedule B - Exhibit 25 (a)

# Appraisal Offer

# $6,000.00

This offer is valid until the close of business on 1/30/10.

## If you purchase a CarMax vehicle while selling us your vehicle, you could be eligible for tax savings up to $435.00

The offer for your vehicle will not change for 7 days and will be honored at all CarMax stores. After 7 days, your vehicle will need to be reappraised and the **offer may change**. The offer assumes that the condition of the vehicle does not change, that CarMax may obtain a clear title, and that there are no undisclosed conditions affecting the vehicle.

## Comments

GREAT MILES...TAKE ADVANTAGE OF THIS STRONG OFFER TODAY
THANKS FOR HAVING YOUR VEHICLE APPRAISED

Your Appraiser
FRANK K.
- CarMax Certified Appraiser

*Appraisal value is contingent on 2 keys and 1 remote

# IMPORTANT TRANSACTION DETAILS

Any negative equity will need to be paid to CarMax in the form of a Cashier's Check, certified funds, or cash, unless the amount of negative equity can be included in the amount you are financing to purchase another vehicle from CarMax. A personal check can be used to pay negative equity under $250.

CarMax issues a bank draft when purchasing a vehicle from a customer. It must be deposited into an account. It cannot be cashed. Banks typically place a hold on bank drafts of up to 10 banking days. For this reason, customers are encouraged to verify their bank's hold policy before attempting to draw on the bank draft.

## BRING THESE ITEMS WITH YOU
WHEN YOU COME TO SELL US YOUR VEHICLE

☐ Title (if no lien on the vehicle)
☐ Valid registration
☐ Valid state-issued photo ID for all titleholders
☐ Owner's manual
☐ All keys and remotes (if applicable)

**You MUST read the back of this form before selling us your vehicle.**

# CARMAX

**Name:** JAMES PONDER
**Address:** 1335 W CROOCKED WILLO LN
PALATINE IL 60067
**Vehicle:** 2004 FORD EXPLORER 4D SPORT UTILITY XLT
**Mileage:** 57,414    **Engine:** 4.0L
**VIN:** 1FMZU73K84ZA42463
**Color:** BLACK

Sales Consultant

JIM SORCI

7128 - SCHAUMBURG, IL
**Date**
01/23/2010

## Features Considered

POWER LOCKS
AM/FM STEREO
CD PLAYER
REAR DEFROSTER
ABS BRAKES
CLOTH SEATS
FOLD-AWAY THIRD ROW
FOUR WHEEL DRIVE
DVD VIDEO SYSTEM
AUTOMATIC TRANSMISSION
TOW HITCH

POWER WINDOWS
CASSETTE PLAYER
AIR CONDITIONING
CRUISE CONTROL
THIRD ROW SEAT
POWER SEAT (DRIVER)
POWER MIRRORS
FULL ROOF RACK
ALLOY WHEELS

## Conditions Assessed

83688

| | | | |
|---|---|---|---|
| **Dash:** | ABS Light On | **Front Seats:** | Good Condition |
| **Rear Seats:** | Good Condition | **Carpet:** | Good Condition |
| **Transmission:** | Good Condition | **Engine:** | Good Condition |
| **4 x 4:** | Good Condition | **Front Tires:** | Good Condition |
| **Rear Tires:** | Good Condition | **Wheels:** | Good Condition |
| **Frame:** | No Damage | | |

Schedule B - Exhibit 25 (b)

## Appraisal Offer

# $9,000.00

This offer is valid until the close of business on 1/30/10.

## If you purchase a CarMax vehicle while selling us your vehicle, you could be eligible for tax savings up to $653.00

The offer for your vehicle will not change for 7 days and will be honored at all CarMax stores. After 7 days, your vehicle will need to be reappraised and the **offer may change.** The offer assumes that the condition of the vehicle does not change, that CarMax may obtain a clear title, and that there are no undisclosed conditions affecting the vehicle.

## Comments
04 EXPLORER WITH 57K MILES.
THANKS FOR HAVING YOUR VEHICLE APPRAISED

Your Appraiser
WILLIAM W.
- CarMax Certified Appraiser

*Appraisal offer is contingent on 2 keys and 1 remote

# IMPORTANT TRANSACTION DETAILS

Any negative equity will need to be paid to CarMax in the form of a Cashier's Check, certified funds, or cash, unless the amount of negative equity can be included in the amount you are financing to purchase another vehicle from CarMax. A personal check can be used to pay negative equity under $250.

CarMax issues a bank draft when purchasing a vehicle from a customer. It must be deposited into an account. It cannot be cashed. Banks typically place a hold on bank drafts of up to 10 banking days. For this reason, customers are encouraged to verify their bank's hold policy before attempting to draw on the bank draft.

## BRING THESE ITEMS WITH YOU
### WHEN YOU COME TO SELL US YOUR VEHICLE

☐ Title (if no lien on the vehicle)
☐ Valid registration
☐ Valid state-issued photo ID for all titleholders
☐ Owner's manual
☐ All keys and remotes (if applicable)

**You MUST read the back of this form before selling us your vehicle.**

B6C (Official Form 6C) (12/07)

.

In re    **James Kenyon Ponder,**                                  Case No. _____
         **Anne Marie Ponder**

_____,
                            Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **1335 Crooked Willow Lane** | **735 ILCS 5/12-901** | **30,000.00** | **466,500.00** |
| **Palatine, IL  60067** | | | |
| | | | |
| **Home purchased in July 2000 for $367,000; Appraisal available from Baird & Warner indicting a mid-point value of $466,500, with $409,500 min and 4494,623 max.** | | | |
| | | | |
| **Cash on Hand** | | | |
| **Location: 1335 Crooked Willow Lane, Palatine IL** | **735 ILCS 5/12-1001(b)** | **100%** | **100.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Consolidated deposit and e-checking accounts with Citibank Client Services P.O. Box 769013, San Antonio, TX  78245-9013** | **735 ILCS 5/12-1001(b)** | **100%** | **328.78** |
| | | | |
| **Charles Schwab, account xxxx-x276.** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **This account was set up to hold stock and options distributed to Ms. Ponder from her employer.  Currently, there is nothing in the account.  We separately scheduled lists of the restricted stock and stock options held by Ms. Ponder, according to her employer's records, in response to question 13 of this schedule.** | | | |
| | | | |
| **JP Morgan Chase PO Box 260180 Baton Rouge, LA  70826 Savings Account ending in -0027** | **735 ILCS 5/12-1001(b)** | **100%** | **300.00** |
| | | | |
| **JP Morgan Chase PO Box 260180 Baton Rouge, LA  70826 checking account** | **735 ILCS 5/12-1001(b)** | **100%** | **544.63** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **See attached list.  Estimated value noted.** | **735 ILCS 5/12-1001(b)** | **100%** | **2,000.00** |
| **Location: 1335 Crooked Willow Lane, Palatine IL** | | | |
| | | | |
| **Furs and Jewelry** | | | |
| **See itemization attached as Exhibit B - Question 7.** | **735 ILCS 5/12-1001(b)** | **100%** | **3,099.00** |
| **Value based on recent appraisal.** | | | |
| **Location: 1335 Crooked Willow Lane, Palatine IL** | | | |
| | | | |
| **Interests in Insurance Policies** | | | |
| **New York Life, term policy, owned by Debtor; co-debtor is beneficiary** | **215 ILCS 5/238** | **0.00** | **0.00** |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re    **James Kenyon Ponder,**                                                  Case No. _____
          **Anne Marie Ponder**
                                                                    ,
                                          Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **New York Life, term policy, Co-debtor is owner; Debtor is beneficiary.** | **215 ILCS 5/238** | **0.00** | **0.00** |
| **Protective Life Insurance; Co-Debtor is owner; Debtor is beneficiary.  Term policy** | **215 ILCS 5/238** | **0.00** | **0.00** |
| **Reliastar Life Insurance Policy; Debtor is owner, Co-Debtor is beneficiary; term policy.** | **215 ILCS 5/238** | **0.00** | **0.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Cisco Systems Inc. 401(k) Location: 777 Edgewood Avenue, Wood Dale IL** | **735 ILCS 5/12-704** | **100%** | **73,958.09** |
| **Stock and Interests in Businesses** | | | |
| **Restricted Stock issued to Anne Marie Ponder in conncetion with her employment with Cisco Systems, Inc.  Stock cannot be transferred or sold.  It is unvested.** | **735 ILCS 5/12-1001(b)** | **1.00** | **1.00** |
| **A spreadsheet indicating the shares of restricted stock owned by Ms. Ponder is attached hereto as Schedule B - Exhibit 13 (a).** | | | |
| **Stock options in Cicso Systems, Inc., issued in connection with Anne Marie Ponder's employment.  The value of the options, per Cicso's caluclation (which is generated as of Jan. 24, 2010 and is attached hereto as Schedule B - Question 13 b) is shown below.** | **735 ILCS 5/12-1001(b)** | **678.94** | **678.94** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 Ford Explorer See Car Max appraisal attached as Schedule B - Exhibit 25 (b) Location: 1335 Crooked Willow Lane, Palatine IL** | **735 ILCS 5/12-1001(c)** | **Unknown** | **9,000.00** |
| **1976 Pontiac Trans Am. Location: 1335 Crooked Willow Lane, Palatine IL No known Blue Book value; Car Max will not offer a value.** | **735 ILCS 5/12-1001(c)** | **100%** | **1,000.00** |
| **1994 Chevy Camero, 92000 miles Location: 1335 Crooked Willow Lane, Palatine IL Car Max refuses to appraise.  Value estimated.** | **735 ILCS 5/12-1001(c)** | **100%** | **2,000.00** |
| | Total: | **90,010.44** | **559,510.44** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **James Kenyon Ponder,**
      **Anne Marie Ponder**                                                  Case No. _____

                                               Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx9271**<br><br>**Bank of America Home Loans**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** | | J | **August 2003**<br>**first mortgage**<br>**1335 Crooked Willow Lane**<br>**Palatine, IL  60067**<br>**Home purchased in July 2000 for**<br>**$367,000; Appraisal available from Baird**<br>**& Warner indicting a mid-point value of**<br>**$466,500, with $409,500 min and** | | | | | |
| | | | Value $  **466,500.00** | | | | **268,181.02** | **0.00** |
| Account No. **xxxx2212**<br><br>**Jaguar Credit**<br>**National Bankruptcy Service Center**<br>**PO Box 537901**<br>**Livonia, MI 48153-7901** | | W | **Sept. 2007**<br>**First lien**<br>**2004 Jaguar X-Type 4D Sedan 3.0**<br>**CarMax appraisal attached as Schedule**<br>**B - Exhibit 25 (a)**<br>**Location: 1335 Crooked Willow Lane,**<br>**Palatine IL** | | | | | |
| | | | Value $  **6,000.00** | | | | **12,040.82** | **6,040.82** |
| Account No. **n/a**<br><br>**JP Morgan Retirement Plan Serv LLC**<br>**PO Box 419784**<br>**Kansas City, MO 64141-6784** | | J | **June 23, 2009**<br><br>**loan from 401(k) account**<br><br>**Cisco Systems Inc. 401(k)**<br>**Location: 777 Edgewood Avenue, Wood**<br>**Dale IL** | | | | | |
| | | | Value $  **73,958.09** | | | | **24,000.00** | **0.00** |
| Account No. **xxx-xxxxxxxxx-9001**<br><br>**Wells Fargo Auto**<br>**PO Box 29704**<br>**Phoenix, AZ 85038-9704** | | J | **October 2008**<br>**Car loan; first priority**<br>**2004 Ford Explorer**<br>**See Car Max appraisal attached as**<br>**Schedule B - Exhibit 25 (b)**<br>**Location: 1335 Crooked Willow Lane,**<br>**Palatine IL** | | | | | |
| | | | Value $  **9,000.00** | | | | **9,993.43** | **993.43** |

   **1**    continuation sheets attached                              Subtotal | **314,215.27** | **7,034.25** |

(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **James Kenyon Ponder,**
       **Anne Marie Ponder**

Case No. _____

_____,

Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. **xxx xxx6925** | | | **May 2005** | | | | | |
| **Wells Fargo Bank, N.A.** **PO Box 4233** **Portland, OR 97208-4233** | | J | **Second priority mortgage** **1335 Crooked Willow Lane** **Palatine, IL 60067** **Home purchased in July 2000 for** **$367,000; Appraisal available from Baird** **& Warner indicting a mid-point value of** **$466,500, with $409,500 min and** | | | | | |
| | | | Value $                **466,500.00** | | | | **225,746.16** | **27,427.18** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **225,746.16** | **27,427.18** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **539,961.43** | **34,461.43** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re  **James Kenyon Ponder,**                                        Case No. _____
       **Anne Marie Ponder**
_____,
                         Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

        **0**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **James Kenyon Ponder,**                                    Case No. _____
**Anne Marie Ponder**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 8479239930<br><br>Ace Industrial Supply<br>7535 San Fernando Blvd.<br>Burbank, CA 91505-1044 | X | | J | | Charges incurred within year of filing or longer.<br>Debt of Nabak Inc (Maaco); disputed personal liability only. | | | X | 219.60 |
| Account No. 4372A<br><br>Acme Service<br>PO Box 21<br>Algonquin, IL 60102 | X | | J | | Charges incurred within year of filing or longer.<br>Debt of Nabak Inc (Maaco); disputed personal liability only. | | | X | 44.00 |
| Account No. Invoice 51127<br><br>All School Fundraising<br>12325 Wetmore<br>San Antonio, TX 78247 | X | | J | | Charges incurred within year of filing or longer.<br>Debt of Nabak Inc (Maaco); disputed personal liability only. | | | X | 240.98 |
| Account No. M081<br><br>Altra Products Supply, Inc.<br>4799 Division<br>Wayland, MI 49348 | X | | J | | Charges incurred within year of filing or longer.<br>Debt of Nabak Inc (Maaco); disputed personal liability only. | | | X | 231.77 |

__6__   continuation sheets attached

Subtotal
(Total of this page)                 736.35

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:29444-091215   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **James Kenyon Ponder,**
      **Anne Marie Ponder**
                                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8489**<br><br>**American Chartered Bank**<br>**700 W. Euclid Road**<br>**Palatine, IL 60067** | X | J | **2009**<br>**Overdraft on Nabak Account; disputed for personal liability only.** | | | X | 3,946.58 |
| Account No. **xxxx-xxxxxx-x1007**<br><br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | X | H | **Charges incurred within year of filing or longer.**<br>**Corporate card (of Nabak), guarantied by Ken Ponder.** | | | | 2,264.90 |
| Account No. **xxxx-xxxxxx-x2009**<br><br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | | J | **Charges incurred within year of filing or longer.**<br>**Charges for household use.** | | | | 8,435.23 |
| Account No. **3-0551-6023355**<br><br>**ARC Disposal & Recycling**<br>**2101 S. Busse Road**<br>**Mount Prospect, IL 60056** | X | J | **Charges incurred within year of filing or longer.**<br>**Debt of Nabak Inc (Maaco); disputed personal liability only.** | | | X | 271.86 |
| Account No. **774215**<br><br>**Audatex**<br>**4215 Solutions Center**<br>**Chicago, IL 60677** | X | J | **Charges incurred within year of filing or longer.**<br>**Debt of Nabak Inc (Maaco); disputed personal liability only.** | | | X | 408.00 |

Sheet no. __1__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,326.57

B6F (Official Form 6F) (12/07) - Cont.

In re   **James Kenyon Ponder,**
      **Anne Marie Ponder**
                                               Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x9931** <br><br> **Auto Glass Master Trim** <br> **4520 N. Elston Ave.** <br> **Chicago, IL 60630** | X | J | | **Charges incurred within year of filing or longer.** <br> **Debt of Nabak Inc (Maaco); disputed personal liability only.** | | | X | 1,752.20 |
| Account No. **xxxx xxxx xxxx 9213** <br><br> **Bank of America** <br> **Visa Signature/US Airways Card** <br> **PO Box 15026** <br> **Wilmington, DE 19886-5726** | | H | | **Charges incurred within year of filing or longer.** <br> **Charges for household use.** <br><br> **Also associated with account** <br> **xxxx xxxx xxxx 4354** | | | | 17,874.45 |
| Account No. **xxxx xxxx xxxx 3456** <br><br> **Bank of America** <br> **P.O. Box 15026** <br> **Wilmington, DE 19850-5026** | | J | | **Charges incurred within year of filing or longer.** <br> **Charges for household use.** | | | | 12,926.46 |
| Account No. **026030406** <br><br> **Chicago Sun Times** <br> **c/o McCarthy, Burgess & Wolff** <br> **26000 Cannon Road** <br> **Bedford, OH 44146** | X | J | | **Charges incurred within year of filing or longer.** <br> **Debt of Nabak Inc (Maaco); disputed personal liability only.** | | | X | 1,320.00 |
| Account No. **xxxx xxxx xxxx 7949** <br><br> **Citi Cards** <br> **Box 6000** <br> **The Lakes, NV 89163-6000** | | W | | **Charges incurred within year of filing or longer.** <br> **Charges for household use.** | | | | 20,746.02 |

Sheet no. __**2**___ of __**6**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**54,619.13**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **James Kenyon Ponder,**　　　　　　　　　　　　　　　　　Case No. _____
　　　　**Anne Marie Ponder**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 9895072147 <br><br> Comerica Bank <br> Mail Code 6512 - SBA <br> PO Box 650282 <br> Dallas, TX 75265-0282 | X | J | | **2005** <br> **Debt of Kaban LLC and/or Nabak, Inc., personally guaranteed.** | | | | 1,522,597.20 |
| Account No. 4082787017 <br><br> Commonwealth Edison <br> PO Box 6111 <br> Carol Stream, IL 60197-6111 | X | J | | **Charges incurred within year of filing or longer.** <br> **Debt of Nabak Inc (Maaco); disputed personal liability only.** | | | X | 958.24 |
| Account No. 111022 <br><br> Crystal Clean <br> 13621 Collections Center Drive <br> Chicago, IL 60693-0136 | X | J | | **Charges incurred within year of filing or longer.** <br> **Debt of Nabak Inc (Maaco); disputed personal liability only.** | | | X | 166.15 |
| Account No. 503480 <br><br> D'angelo Natural Spring Water <br> 9 D'Angelo Road <br> Dundee, IL 60118-2398 | X | J | | **Charges incurred within year of filing or longer.** <br> **Debt of Nabak Inc (Maaco); disputed personal liability only.** | | | X | 45.80 |
| Account No. 25267 <br><br> FE Moran, Inc. <br> Alarm & Monitoring Services <br> 2165 Shermer Road, Ste. A <br> Northbrook, IL 60062 | X | J | | **Charges incurred within year of filing or longer.** <br> **Debt of Nabak Inc (Maaco); disputed personal liability only.** | | | X | 171.00 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,523,938.39

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **James Kenyon Ponder,**                                          Case No. _____
      **Anne Marie Ponder**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **01000 00292063**<br><br>Kent Automotive<br>PO Box 809401<br>Chicago, IL 60680-9401 | X | J | | Charges incurred within year of filing or longer.<br>Debt of Nabak Inc (Maaco); disputed personal liability only. | | | X | 194.39 |
| Account No. **Maaco (Schaumburg)**<br><br>Krystal Key Services, Inc.<br>413 S. Yale<br>Addison, IL 60101 | X | J | | Charges incurred within year of filing or longer.<br>Debt of Nabak Inc (Maaco); disputed personal liability only. | | | X | 347.50 |
| Account No. **Invoice 20232**<br><br>LaMarCo Systems<br>475 Lindberg Ln.<br>Northbrook, IL 60062 | X | J | | Charges incurred within year of filing or longer.<br>Debt of Nabak Inc (Maaco); disputed personal liability only. | | | X | 240.00 |
| Account No. **Center No. 2182**<br><br>Maaco Franchising, Inc.<br>381 Brooks Road<br>King of Prussia, PA 19406 | | J | | Charges for business use.<br>Debt of Nabak, Inc. (Maaco) personally guaranteed. | | X | X | Unknown |
| Account No. **Nabak, Inc.**<br><br>Merit Capital Advance LLC<br>c/o Merit Capital<br>2005 Market Street, 14th Floor<br>Philadelphia, PA 19103 | X | J | | Dec. 2008<br>Debt of Nabak, Inc. (Maaco) personally guaranteed. | | | X | Unknown |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

781.89

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **James Kenyon Ponder,**
      **Anne Marie Ponder**                                           Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 837000201 <br><br> Nationwide Insurance Co. <br> c/o Mike Cochran & Assoc. <br> 101 W. Madison St., Ste. 101 <br> Oak Park, IL 60302-4210 | X | J | | Charges incurred within year of filing or longer. <br> Debt of Nabak Inc (Maaco); disputed personal liability only. | | | X | 7,621.67 |
| Account No. 87-98-41-7521 3 <br><br> NICOR <br> P.O. Box 0632 <br> Aurora, IL 60507-0632 | X | J | | Charges incurred within year of filing or longer. <br> Debt of Nabak Inc (Maaco); disputed personal liability only. | | | X | 598.98 |
| Account No. Nabak, Inc. (Maaco) <br><br> QT Sign, Inc. <br> 1391 Wright Blvd. <br> Schaumburg, IL 60193-4425 | X | J | | Charges incurred within year of filing or longer. <br> Debt of Nabak Inc (Maaco); disputed personal liability only. | | | X | 10,807.20 |
| Account No. 2013281 <br><br> Rapid Advance LLC <br> 7316 Wisconsin Avenue <br> Suite 450 <br> Bethesda, MD 20814 | X | H | | Charges incurred within year of filing or longer. <br> Debt of Nabak, Inc. (Maaco) personally guarianted by Jim Ponder | | | | 13,634.38 |
| Account No. 1150-12068 <br><br> Suzuki of Elmhurst <br> 334 W. Grand Avenue <br> Elmhurst, IL 60126 | X | J | | Charges incurred within year of filing or longer. <br> Debt of Nabak Inc (Maaco); disputed personal liability only. | | | X | 243.46 |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal             **32,905.69**
                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **James Kenyon Ponder,**
         **Anne Marie Ponder**                                          Case No. _____

_____,
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 2494**  US Airways Dividend Miles Card Services PO Box 13337 Philadelphia, PA 19101-3337 | | H | **Charges incurred within year of filing or longer. Charges for business and personal use.** | | | | 15,974.72 |
| Account No. **Invoice 109-1003**  We Are Green 236 Pine Creek Circle Barrington, IL 60010 | X | J | **Charges incurred within year of filing or longer. Debt of Nabak Inc (Maaco); disputed personal liability only.** | | | X | 750.00 |
| Account No. **xxxx xxxx xxxx 5307**  Wells Fargo Financial Visa Platinum PO Box 98791 Las Vegas, NV 89193-8791 | | W | **Charges incurred within year of filing or longer. Charges for household use.** | | | | 4,269.40 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. **6** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 20,994.12 |
| | Total (Report on Summary of Schedules) | 1,649,302.14 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **James Kenyon Ponder,**                                      Case No. _____

          **Anne Marie Ponder**

_____,

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **James Kenyon Ponder,**                                    Case No. _____
        **Anne Marie Ponder,**
_____,
               Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kaban LLC**<br>**1335 Crooked Willow Lane**<br>**Palatine, IL 60067** | **Comerica Bank**<br>**Mail Code 6512 - SBA**<br>**PO Box 650282**<br>**Dallas, TX 75265-0282** |
| **Kaban LLC**<br>**1335 Crooked Willow Lane**<br>**Palatine, IL 60067** | **Commonwealth Edison**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **Comerica Bank**<br>**Mail Code 6512 - SBA**<br>**PO Box 650282**<br>**Dallas, TX 75265-0282** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **ARC Disposal & Recycling**<br>**2101 S. Busse Road**<br>**Mount Prospect, IL 60056** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **Audatex**<br>**4215 Solutions Center**<br>**Chicago, IL 60677** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **FE Moran, Inc.**<br>**Alarm & Monitoring Services**<br>**2165 Shermer Road, Ste. A**<br>**Northbrook, IL 60062** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **We Are Green**<br>**236 Pine Creek Circle**<br>**Barrington, IL 60010** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **LaMarCo Systems**<br>**475 Lindberg Ln.**<br>**Northbrook, IL 60062** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **Merit Capital Advance LLC**<br>**c/o Merit Capital**<br>**2005 Market Street, 14th Floor**<br>**Philadelphia, PA 19103** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **Nationwide Insurance Co.**<br>**c/o Mike Cochran & Assoc.**<br>**101 W. Madison St., Ste. 101**<br>**Oak Park, IL 60302-4210** |

**2**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **James Kenyon Ponder,**                                    Case No. _____
        **Anne Marie Ponder**

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **NICOR**<br>**P.O. Box 0632**<br>**Aurora, IL 60507-0632** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **QT Sign, Inc.**<br>**1391 Wright Blvd.**<br>**Schaumburg, IL 60193-4425** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **Rapid Advance LLC**<br>**7316 Wisconsin Avenue**<br>**Suite 450**<br>**Bethesda, MD 20814** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **Chicago Sun Times**<br>**c/o McCarthy, Burgess & Wolff**<br>**26000 Cannon Road**<br>**Bedford, OH 44146** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **D'angelo Natural Spring Water**<br>**9 D'Angelo Road**<br>**Dundee, IL 60118-2398** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **Crystal Clean**<br>**13621 Collections Center Drive**<br>**Chicago, IL 60693-0136** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **Kent Automotive**<br>**PO Box 809401**<br>**Chicago, IL 60680-9401** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **Ace Industrial Supply**<br>**7535 San Fernando Blvd.**<br>**Burbank, CA 91505-1044** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **Acme Service**<br>**PO Box 21**<br>**Algonquin, IL 60102** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **All School Fundraising**<br>**12325 Wetmore**<br>**San Antonio, TX 78247** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **Auto Glass Master Trim**<br>**4520 N. Elston Ave.**<br>**Chicago, IL 60630** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **Altra Products Supply, Inc.**<br>**4799 Division**<br>**Wayland, MI 49348** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **Krystal Key Services, Inc.**<br>**413 S. Yale**<br>**Addison, IL 60101** |

Sheet  **1**  of  **2**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **James Kenyon Ponder,**                   Case No. _____

       **Anne Marie Ponder**

_____,

Debtors

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **Suzuki of Elmhurst**<br>**334 W. Grand Avenue**<br>**Elmhurst, IL 60126** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** |
| **Nabak , Inc.**<br>**638 Lunt Avenue**<br>**Schaumburg, IL 60193** | **American Chartered Bank**<br>**700 W. Euclid Road**<br>**Palatine, IL 60067** |

Sheet   **2**   of   **2**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

| In re | James Kenyon Ponder<br>Anne Marie Ponder | Case No. | |
|---|---|---|---|
| | Debtor(s) | | |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son**<br>**Son** | AGE(S):<br>**12**<br>**15**<br>**4** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **IT** |
| Name of Employer | **Unemployed** | **Cisco Systems, Inc.** |
| How long employed | | **since Jan. 2005** |
| Address of Employer | | **170 W. Tasman Drive**<br>**San Jose, CA 95134** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **0.00** | $ | **12,154.63** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| | | | | |
| 3. SUBTOTAL | $ | **0.00** | $ | **12,154.63** |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | **0.00** | $ | **2,741.14** |
| b.  Insurance | $ | **0.00** | $ | **539.50** |
| c.  Union dues | $ | **0.00** | $ | **0.00** |
| d.  Other (Specify)    **See Detailed Income Attachment** | $ | **0.00** | $ | **1,953.92** |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **5,234.56** |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **6,920.07** |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income | | | | |
| (Specify):    **Illinois Unemployment** | $ | **1,511.77** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **1,511.77** | $ | **0.00** |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **1,511.77** | $ | **6,920.07** |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **8,431.84** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

**B6I (Official Form 6I) (12/07)**

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Mr. Ponder has been offered a job with Merlin's 200,000 Mile shops, at a $50,000 annual salary. We expect that this job will work out, and if it does, then the unemployment comp will cease, and be replaced with about $2,600 of monthly net employment income.  This would help the family make ends meet, and provide some cushion for unexpected expenses which may occur with a family of five.**

**B6I (Official Form 6I) (12/07)**

In re  **James Kenyon Ponder**
**Anne Marie Ponder**
_____          Case No. _____
                            Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | | |
|---|---|---|---|
| 401(k) contribution | $ 0.00 | $ | 955.50 |
| 401(k) loan | $ 0.00 | $ | 710.62 |
| Life Insurance Imputed Income Offset | $ 0.00 | $ | 19.50 |
| Life Post Tax 2X Salary | $ 0.00 | $ | 22.25 |
| Employee Stock Purchase | $ 0.00 | $ | 238.88 |
| Limited Buy-up Option | $ 0.00 | $ | 7.17 |
| **Total Other Payroll Deductions** | $ 0.00 | $ | 1,953.92 |

B6J (Official Form 6J) (12/07)

In re **James Kenyon Ponder**
**Anne Marie Ponder**
Debtor(s)

Case No. _____

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,412.65 |
| a. Are real estate taxes included? Yes **X** No ___ | | |
| b. Is property insurance included? Yes **X** No ___ | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 240.00 |
| b. Water and sewer | $ | 54.00 |
| c. Telephone | $ | 315.00 |
| d. Other  **Cable** | $ | 153.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 200.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 300.00 |
| 8. Transportation (not including car payments) | $ | 256.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 463.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 305.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 770.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 1,199.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 8,867.65 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 8,431.84 |
| b. Average monthly expenses from Line 18 above | $ | 8,867.65 |
| c. Monthly net income (a. minus b.) | $ | -435.81 |

B6J (Official Form 6J) (12/07)

In re    **James Kenyon Ponder**
       **Anne Marie Ponder**                                  Case No. _____
                                      Debtor(s)

## <u>SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)</u>
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---:|
| **Day care** | $ | **1,000.00** |
| **School fees (for children)** | $ | **149.00** |
| **Neighborhood association fees (mandatory)** | $ | **50.00** |
| **Total Other Expenditures** | $ | **1,199.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **James Kenyon Ponder**
**Anne Marie Ponder**

Debtor(s)

Case No. _____

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **28** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 25, 2010**          Signature    **/s/ James Kenyon Ponder**
                                                       **James Kenyon Ponder**
                                                       Debtor

Date  **January 25, 2010**          Signature    **/s/ Anne Marie Ponder**
                                                       **Anne Marie Ponder**
                                                       Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **James Kenyon Ponder**
     **Anne Marie Ponder**                       Case No.
                                   Debtor(s)              Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2009:  The losses are still being counted.** |
| **$105,158.00** | **2008 line 37 adjusted gross income, H&W** |
| **$-9,914.00** | **2007 line 37 adjusted gross income, H&W** |

2

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached Statement 3 a** | | **$0.00** | **$0.00** |

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Fremd High School** | **None** | **2009** | **$40.00** |
| **Holy Family Church**<br>**2515 Palatine Road**<br>**Palatine, IL 60067** | **None** | **2009** | **$215.00** |
| **Golf Road Baptist Church**<br>**501 W. Golf Road**<br>**Des Plaines, IL 60016** | **None** | **2009** | **$1,330.00** |

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bruce Dopke, Attorney at Law**<br>**P.O. Box 681246**<br>**Schaumburg, IL 60168-1246** | **See below.** | **Received $3,299.00 on Dec. 14, 2009, of which $3,000 is the legal fee and $299.00 is for payment of the filing fee.** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■       List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15. Prior address of debtor**

None
■       If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
        occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
        address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■       If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California,
        Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
        commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
        the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited
to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

        "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
        owned or operated by the debtor, including, but not limited to, disposal sites.

        "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
        pollutant, or contaminant or similar term under an Environmental Law

None
■       a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be
        liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if
        known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■       b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
        Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■       c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
        the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
        docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                          DOCKET NUMBER                          STATUS OR DISPOSITION

6

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Kaban, LLC** | **20-2920302** | **1335 Crooked Willow Lane Palatine, IL 60067** | **Owner of commercial building located at 638 Lunt Ave., Schaumburg, IL, leased to a now-defunct Maaco franchise.** | **1/1/07 to 12/30/09** |
| **Nabak, Inc.** | **37-1517948** | **d/b/a Maaco Collision Repair & Auto Painting 638 Lunt Avenue Schaumburg, IL 60193** | **Owner and operator of a now-defunct Maaco franchise.** | **10/6/2005 to 12/30/2009** |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                            ADDRESS

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Leslie J. Kotrba, Inc.**<br>**675 N. North Court**<br>**Suite 360**<br>**Palatine, IL 60067** | **From 2007 on, did all tax returns for personal and businesses.** |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)


## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date  **January 25, 2010**                    Signature   **/s/ James Kenyon Ponder**
                                                          **James Kenyon Ponder**
                                                          Debtor


Date  **January 25, 2010**                    Signature   **/s/ Anne Marie Ponder**
                                                          **Anne Marie Ponder**
                                                          Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| Description | October Payment | November Payment | December Payment | January Payment | Total 10/27 through 1/25 |
|---|---|---|---|---|---|
| BAC (BofA) Home Mortgage | | $2,602.63 | $2,602.63 | $2,602.63 | $7,807.89 |
| Wells Fargo Home Equity LoC | | $810.01 | $783.89 | $810.02 | $2,403.92 |
| Jaguar Credit | | $399.45 | $399.45 | $399.45 | $1,198.35 |
| Citibank Mastercard | | $1,277.20 | $1,500.00 | $531.20 | $3,308.40 |
| USAirways CC | $513.45 | $482.25 | | | $995.70 |
| Wells Fargo Auto Loan | | $371.42 | $371.42 | $371.42 | $1,114.26 |
| Sam's Club | $767.26 | $208.85 | $658.65 | $0.00 | $1,634.76 |
| American Express | $1,157.24 | $2,705.20 | | | $3,862.44 |
| Kindercare | | $980.00 | $1,102.50 | $980.00 | $3,062.50 |
| Orthodontist | | $205.00 | $205.00 | $205.00 | $615.00 |
| Nationwide Insurance | | $214.95 | $214.95 | $304.95 | $734.85 |
| landscaping - fallen trees | | $180.00 | $810.00 | | $990.00 |
| NYLife Insurance - Ken | | $239.76 | $239.76 | $239.76 | $719.28 |
| Sprint | | $244.32 | $244.32 | $239.32 | $727.96 |
| Summer Camps/family reunion | | $640.00 | | | $640.00 |
| Tax Service | | | $2,575.50 | | $2,575.50 |
| NABAK | | | $3,000.00 | $1,400.00 | $4,400.00 |
| Attorneys | | $3,000.00 | $5,799.00 | | $8,799.00 |
| Siding - paid by Allstate | | $4,700.00 | $4,721.80 | | $9,421.80 |

**Ken and Anne Marie Ponder**
**Detail for Statement of Financial Affairs**
**Question 3 a**

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **James Kenyon Ponder**
         **Anne Marie Ponder**
                                         Debtor(s)

Case No.

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America Home Loans** | **Describe Property Securing Debt:**<br>**1335 Crooked Willow Lane**<br>**Palatine, IL  60067**<br><br>**Home purchased in July 2000 for $367,000; Appraisal available from Baird & Warner indicting a mid-point value of $466,500, with $409,500 min and 4494,623 max.** |

Property will be (check one):
  ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt            ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Jaguar Credit** | **Describe Property Securing Debt:**<br>**2004 Jaguar X-Type 4D Sedan 3.0**<br>**CarMax appraisal attached as Schedule B - Exhibit 25 (a)**<br>**Location: 1335 Crooked Willow Lane, Palatine IL** |

Property will be (check one):
  ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt            ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                      Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**JP Morgan Retirement Plan Serv LLC** | **Describe Property Securing Debt:**<br>**Cisco Systems Inc. 401(k)**<br>**Location: 777 Edgewood Avenue, Wood Dale IL** |

Property will be (check one):

   ☐ Surrendered                         ■ Retained

If retaining the property, I intend to (check at least one):

   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ■ Claimed as Exempt                     ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Auto** | **Describe Property Securing Debt:**<br>**2004 Ford Explorer**<br>**See Car Max appraisal attached as Schedule B - Exhibit 25 (b)**<br>**Location: 1335 Crooked Willow Lane, Palatine IL** |

Property will be (check one):

   ☐ Surrendered                         ■ Retained

If retaining the property, I intend to (check at least one):

   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ■ Claimed as Exempt                     ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Bank, N.A.** | **Describe Property Securing Debt:**<br>**1335 Crooked Willow Lane**<br>**Palatine, IL  60067**<br><br>**Home purchased in July 2000 for $367,000; Appraisal available from Baird & Warner indicting a mid-point value of $466,500, with $409,500 min and 4494,623 max.** |

Property will be (check one):
   ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**


Date  **January 25, 2010**_____          Signature  **/s/ James Kenyon Ponder**_____
                                                       **James Kenyon Ponder**
                                                       Debtor


Date  **January 25, 2010**_____          Signature  **/s/ Anne Marie Ponder**_____
                                                       **Anne Marie Ponder**
                                                       Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re  **James Kenyon Ponder**
       **Anne Marie Ponder**

| | |
|---|---|
| | Case No. |
| Debtor(s) | Chapter **7** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **3,000.00** |
| Balance Due | $ | **0.00** |

2.  $ **299.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Reaffirmation of home mortgage.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **January 25, 2010**

**/s/ Bruce Dopke**
**Bruce Dopke 3127052**
**Bruce Dopke, Attorney at Law**
**P.O. Box 681246**
**Schaumburg, IL 60168-1246**
**847-524-4811  Fax: 847-524-4131**
**bruce@dopkelaw.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **James Kenyon Ponder**
**Anne Marie Ponder**

Debtor(s)

Case No. _____

Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| James Kenyon Ponder<br>Anne Marie Ponder | X | **/s/ James Kenyon Ponder** | **January 25, 2010** |
|---|---|---|---|
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| Case No. (if known) _____ | X | **/s/ Anne Marie Ponder** | **January 25, 2010** |
| | | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re | **James Kenyon Ponder**
**Anne Marie Ponder**

_____
Debtor(s)

Case No. _____

Chapter    **7**    _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    **45**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **January 25, 2010**
_____

/s/ **James Kenyon Ponder**
_____
**James Kenyon Ponder**
Signature of Debtor

Date: **January 25, 2010**
_____

/s/ **Anne Marie Ponder**
_____
**Anne Marie Ponder**
Signature of Debtor

Ace Industrial Supply
7535 San Fernando Blvd.
Burbank, CA 91505-1044


Acme Service
PO Box 21
Algonquin, IL 60102


All School Fundraising
12325 Wetmore
San Antonio, TX 78247


Altra Products Supply, Inc.
4799 Division
Wayland, MI 49348


American Chartered Bank
700 W. Euclid Road
Palatine, IL 60067


American Express
PO Box 981535
El Paso, TX 79998-1535


ARC Disposal & Recycling
2101 S. Busse Road
Mount Prospect, IL 60056


Audatex
4215 Solutions Center
Chicago, IL 60677


Auto Glass Master Trim
4520 N. Elston Ave.
Chicago, IL 60630


BAC Home Loans/Countrywide
450 American Street, #SV416
Simi Valley, CA 93065


Bank of America
Visa Signature/US Airways Card
PO Box 15026
Wilmington, DE 19886-5726

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026


Bank of America Home Loans
PO Box 5170
Simi Valley, CA 93062-5170


Barclay's Bank
c/o Card Services
PO Box 8802
Wilmington, DE 19899-8802


Card Services
PO 8802
Wilmington, DE 19899


Chicago Sun Times
c/o McCarthy, Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146


Citi Cards
Box 6000
The Lakes, NV 89163-6000


Citi Cards
PO Box 6241
Sioux Falls, SD 57117


Comerica Bank
Mail Code 6512 - SBA
PO Box 650282
Dallas, TX 75265-0282


Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197-6111


Crystal Clean
13621 Collections Center Drive
Chicago, IL 60693-0136

D'angelo Natural Spring Water
9 D'Angelo Road
Dundee, IL 60118-2398


FE Moran, Inc.
Alarm & Monitoring Services
2165 Shermer Road, Ste. A
Northbrook, IL 60062


Jaguar Credit
National Bankruptcy Service Center
PO Box 537901
Livonia, MI 48153-7901


Jaguar Credit
PO Box 542000
Omaha, NE 68154


JP Morgan Retirement Plan Serv LLC
PO Box 419784
Kansas City, MO 64141-6784


Kaban LLC
1335 Crooked Willow Lane
Palatine, IL 60067


Kent Automotive
PO Box 809401
Chicago, IL 60680-9401


Krystal Key Services, Inc.
413 S. Yale
Addison, IL 60101


LaMarCo Systems
475 Lindberg Ln.
Northbrook, IL 60062


Maaco Franchising, Inc.
381 Brooks Road
King of Prussia, PA 19406

Merit Capital Advance LLC
c/o Merit Capital
2005 Market Street, 14th Floor
Philadelphia, PA 19103


Nabak , Inc.
638 Lunt Avenue
Schaumburg, IL 60193


Nationwide Insurance Co.
c/o Mike Cochran & Assoc.
101 W. Madison St., Ste. 101
Oak Park, IL 60302-4210


NICOR
P.O. Box 0632
Aurora, IL 60507-0632


QT Sign, Inc.
1391 Wright Blvd.
Schaumburg, IL 60193-4425


Rapid Advance LLC
7316 Wisconsin Avenue
Suite 450
Bethesda, MD 20814


Suzuki of Elmhurst
334 W. Grand Avenue
Elmhurst, IL 60126


US Airways Dividend Miles
Card Services
PO Box 13337
Philadelphia, PA 19101-3337


We Are Green
236 Pine Creek Circle
Barrington, IL 60010


Wells Fargo Auto
PO Box 29704
Phoenix, AZ 85038-9704

Wells Fargo Bank NV NA
PO Box 31557
Billings, MT 59107


Wells Fargo Bank, N.A.
PO Box 4233
Portland, OR 97208-4233


Wells Fargo Financial
Visa Platinum
PO Box 98791
Las Vegas, NV 89193-8791


Wells Fargo Financial Cards
3201 N. 4th Ave.
Sioux Falls, SD 57104